IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1.   TAMMY G. REECE, | ) | |
| | ) | |
|      Plaintiff, | ) | |
| v. | ) | CIV-16-81-KEW |
| | ) | |
| 1.   FIRST UNITED BANK & | ) | |
|      TRUST a/k/a DURANT ** FIRST | ) | |
|      UNITED BANK AND TRUST | ) | |
|      COMPANY, | ) | |
| | ) | ATTORNEY LIEN CLAIMED |
|      Defendant. | ) | JURY TRIAL DEMANDED |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Tammy G. Reece, hereby stipulates with Defendant, First United Bank & Trust a/k/a Durant ** First United Bank and Trust Company, that her claims in the above styled and numbered action shall be dismissed with prejudice. The parties shall bear their own costs and attorney fees.

**RESPECTFULLY SUBMITTED THIS 7th DAY OF FEBRUARY, 2017.**

s/ Lauren W. Johnston
**LEONARD & ASSOCIATES, P.L.L.C.**
**LAUREN W. JOHNSTON, OBA # 22341**
**8265 S. WALKER**
**OKLAHOMA CITY, OK 73139**
**(405) 239-3800 Telephone**
**(405) 239-3801 Facsimile**
johnstonlw@leonardlaw.net
*Counsel for Plaintiff*


s/ Heather Hillburn Burrage
(Signed with permission)
Heather Hillburn Burrage, OBA #19423
David A. Burrage, OBA #19422
BURRAGE LAW FIRM

1

>1201 Westside Drive
>P.O. Box 1727
>Durant, Ok 74702-1727
>(580) 920-0700 (telephone)
>(580) 920-0702 (facsimile)
>hburrage@burragelaw.com
>davidburrage@burragelaw.com
>*Counsel for Defendant*